UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL CALLOWAY (#96740)

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

20-562-SDD-RLB

## RULING AND ORDER

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr. dated March 28, 2023, to which an *Objection*[3] was filed. After considering the *Objection* and conducting a *de novo* review, the Court hereby approves the *Report and Recommendation* of the Magistrate Judge for the reasons herein.

**ACCORDINGLY**, the Motion to Dismiss[4] is granted, in part, dismissing the plaintiff's claims for bystander liability asserted against defendants Pinkney and Smith, with prejudice. The Defendants' Motion is denied as moot with regards to the plaintiff's ADA and deliberate indifference claims.

**IT IS FURTHER ORDERED** that in all other regards, the Motion is denied and this matter is referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana, on this 12 day of April, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 41.
[2] Rec. Doc. 67.
[3] Rec. Doc. 70.
[4] Rec. Doc. 67.