UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL CALLOWAY (#96740)

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

20-562-SDD-RLB

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr. dated June 6, 2023, to which an *Objection*[3] was filed. After considering the *Objection* and conducting a *de novo* review, the Court hereby approves the *Report and Recommendation* of the Magistrate Judge for the reasons herein.

**ACCORDINGLY**, the Motion for Summary Judgment[4] is granted, dismissing the plaintiff's remaining claims, with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's pending Motions (R. Docs. 68 69, 72, and 76) are denied as moot, and this action shall be closed.

Signed in Baton Rouge, Louisiana, on this 5th day of July, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 54.
[2] Rec. Doc. 77.
[3] Rec. Doc. 78.
[4] Rec. Doc. 54.